# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# (CLEVELAND)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  09-22277 |
| | ) | |
| GEORGE R. NEWTON | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE RANDOLPH BAXTER |
| Debtor(s). | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION OF CLEVELAND

PLEASE TAKE NOTICE that the undersigned counsel represents Third Federal Savings and Loan Association of Cleveland in the above-captioned action and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the address set forth below.

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading (including a plan and disclosure statement), request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect

the above-captioned debtor or debtor in possession or the property of such debtor or the debtor's estate.

>ZIEGLER, METZGER & MILLER LLP
>
>/s/ Scott A. Norcross
>SCOTT A. NORCROSS (0073407)
>Attorney for Third Federal Savings and Loan
>Association of Cleveland
>2020 Huntington Building
>925 Euclid Avenue
>Cleveland, Ohio 44115
>Phone: (216) 781-5470
>Fax: (216) 781-0714
>E-mail: norcross@zieglermetzger.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices was served this 5th day of January 2010 by regular U.S. mail upon the following persons:

   George R. Newton
   23200 Halburton Road
   Beachwood, OH  44122

The following parties and all others registered through ECF to receive notice in this case will be served electronically via ECF:

   Jonathan P. Blakely
   Attorney for Debtor(s)

   Steven Davis
   Chapter 7 Trustee

   Office of the U.S. Trustee


   /s/ Scott A. Norcross
   SCOTT A. NORCROSS (0073407)
   Attorney for Third Federal Savings and
   Loan Association of Cleveland