# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### (CLEVELAND)

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 09-22277** |
| | ) | |
| **George R. Newton** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Judge Randolph Baxter** |
| | ) | |
| | ) | **MOTION TO DELAY DISCHARGE** |
| | ) | **SOLELY FOR THE PURPOSE OF** |
| | ) | **FILING REAFFIRMATION** |
| | ) | **AGREEMENT** |

Now comes Third Federal Savings and Loan Association of Cleveland (the "Movant"), by and through counsel, and moves the Court for an extension of time of thirty days for the discharge to be entered, in order for Debtor to execute a reaffirmation agreement.

WHEREFORE, the Movant requests that the discharge not be entered in this case for a period of at least thirty days.

Respectfully submitted,


*/s/ Shelly R. LaSalvia*
KIRK W. ROESSLER  (0060931)
SHELLY R. LASALVIA  (0077291)
**ZIEGLER, METZGER & MILLER, LLP**
925 Euclid Avenue, Ste 2020
Cleveland, OH  44115
(216) 781-5470; Fax:  (216) 781-0714
Email: kroessler@zieglermetzger.com
        slasalvia@zieglermetzger.com
*Attorneys for Movant,*
*Third Federal Savings and Loan Association of*
*Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Delay Discharge Solely for the Purpose of Filing Reaffirmation Agreement* was served this 9th day of April 2010 by regular U.S. mail upon the following persons:

> George R. Newton
> 23200 Halburton Road
> Beachwood, OH  44122

The following parties and all others registered through ECF to receive notice in this case will be served electronically via ECF:

> Jonathan P. Blakely
> Attorney for Debtor(s)
>
> Steven Davis
> Chapter 7 Trustee
>
> Office of the U.S. Trustee

> /s/ Shelly R. LaSalvia
> _____
> KIRK W. ROESSLER  (0060931)
> SHELLY R. LASALVIA  (0077291)
> **ZIEGLER, METZGER & MILLER, LLP**

2